UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE STARRETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLIFFORD ALLENBY, et al.,<br><br>　　　　　Defendants. | 1:14-cv-01498-MJS (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |

　　　　Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　　Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**, and

　　　　2.　　Within thirty days of the date of service of this Order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action. **Failure to comply with this Order will result in dismissal of the**

1

**action.**

IT IS SO ORDERED.

Dated: September 29, 2014        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE