1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MIKE STARRETT,

10           Plaintiff,

11      v.

12  CLIFFORD ALLENBY, et al.,

13           Defendants.

14

1:14-cv-01498-MJS (PC)

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

15
16          Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42
17  U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code
18  § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison
    Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).
19          In the instant action, Plaintiff filed an application to proceed in forma pauperis.
20  Examination of these documents reveals that Plaintiff is unable to afford the costs of this
21  action. Accordingly, the motion to proceed in forma pauperis is GRANTED.
22
23  IT IS SO ORDERED.
24
25  Dated:   October 15, 2014          /s/ *Michael J. Seng*
26                                     UNITED STATES MAGISTRATE JUDGE
27
28

1