UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE STARRETT,<br><br>                Plaintiff,<br><br>        v.<br><br>CLIFFORD ALLENBY, et al.,<br><br>                Defendants. | CASE NO. 1: 14-cv-01498-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF NO. 15)<br><br>CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE |

Plaintiff is a civil detainee who was previously held at Coalinga State Hospital. He is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 7.) Plaintiff consented to Magistrate Judge jurisdiction. (ECF No. 5.) On August 17, 2015, Plaintiff filed a Notice of Voluntary Dismissal. (ECF No. 15.)

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff's August 17, 2015 notice is sufficient under Rule 41.

Accordingly, this action is hereby DISMISSED without prejudice. The Clerk shall terminate all pending motions and CLOSE this case.

IT IS SO ORDERED.

Dated:    August 18, 2015                              /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE